UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY HAWKINS,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>STEVE SISOLAK, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 2:20-cv-01409-JAD-EJY<br><br>ORDER |

**I.  DISCUSSION**

According to the Nevada Department of Corrections ("NDOC") inmate database Plaintiff is no longer incarcerated. However, Plaintiff has not filed an updated address with this Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.

The Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, this case will be subject to dismissal without prejudice.

In addition, the Court denies the application to proceed in forma pauperis for prisoners (ECF No. 4) as moot because Plaintiff is no longer incarcerated. The Court orders Plaintiff to file an application to proceed in forma pauperis by a non-prisoner within thirty (30) days from the date of this order or pay the full filing fee of $400.[1]

---

[1] The Court notes that the filing fee for civil cases increased to $402 on December 1, 2020. However, because Plaintiff initiated this case on July 29, 2020, prior to the increase in the filing fee, he would be subject to the prior $400 fee.

1

## II.  ORDER

IT IS HEREBY ORDERED that Plaintiff must file his updated address with the Court no later than thirty (30) days from the date of this Order.

IT IS FURTHER ORDERED that Plaintiff's application to proceed in forma pauperis for prisoners (ECF No. 4) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed in forma pauperis by a non-prisoner, as well as the document entitled information and instructions for filing an in forma pauperis application.

IT IS FURTHER ORDERED that within thirty (30) days from the date of this Order, Plaintiff must either: (1) file a fully complete application to proceed in forma pauperis for non-prisoners; or (2) pay the full filing fee of $400.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this Order, this case will be subject to dismissal without prejudice.

DATED THIS 5th day of April 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE